SEPTEMBER REALTY CORPORATION, Appellant, *v.* MAX
GOODMAN et al., Respondents.

(Argued February 11, 1930; decided March 18, 1930.)

*Jay Leo Rothschild, Joseph P. Tolins* and *I. Henry
Kutz* for appellant.

*Samuel D. Johnson* for Max Goodman et al., respondents.

*Percival E. Jackson, Charles P. Kramer* and *John P.
McKenna* for Murray E. Schlein, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.